J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

George A. Shohet (SBN 112697)
*georgeshohet@gmail.com*
Law Offices of George A. Shohet
A Professional Corporation
245 Main Street, Suite 310
Venice, California 90291
Telephone: (310) 452-3176
Facsimile: (310) 452-2270

Attorneys for Defendants
Elite Business Group, LLC,
Madhu Maredu, and
d/b/a www.softwaresupplygroup.com
and www.productquest.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br><br> v.<br><br>Elite Business Group, LLC; Madhu Maredu, an individual and d/b/a www.softwaresupplygroup.com and www.productquest.net; and Does 1 – 10, inclusive,<br><br>    Defendants. | Case No.: C13-4813 CRB<br><br>**ORDER GRANTING STIPULATION RE CONTINUING DATES FOR RESPONSE TO COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

1   The Court has read and considered the parties' Stipulation re Continuing Dates
2   For Response To Complaint And Case Management Conference ("Stipulation").
3   IT IS HEREBY ORDERED that the Stipulation is approved.
4   IT IS FURTHER ORDERED that all Defendants shall have to, and
5   including, February 28, 2014, to answer or otherwise respond to the Complaint filed
6   herein, and the Case Management Conference is continued to April 4, 2014, at 8:30
7   a.m. in Courtroom 6, and all associated dates continued accordingly.

DATED: January 10, 2014  _____

Hon. Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By:_____
   J. Andrew Coombs
   Annie S. Wang
   Attorneys for Plaintiff
   Adobe Systems Incorporated

Law Offices of George A. Shohet
A Professional Corporation

By:_____
   George A. Shohet
   Attorney for Defendants
   Elite Business Group, LLC,
   Madhu Maredu, and
   d/b/a www.softwaresupplygroup.com
   and www.productquest.net